UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-cr-367-01-01 |
| -vs- | JUDGE DRELL |
| DEMETRI GOLDSMITH (01) | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 53), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Demetri Goldsmith is found competent to stand trial. It is further

ORDERED that a three-day jury trial of this matter is SET as a SECOND SETTING on May 1, 2023. Trial shall commence at 9:30 a.m. in the second-floor courtroom of the United States Court in Alexandria, Louisiana.

THUS DONE AND SIGNED at Alexandria, Louisiana this _16_ day of December 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT